MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Nathan Penner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATHAN PENNER,<br><br>　　　　　Defendants. | Case No.: 2:14-CR-216 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　Defendant Nathan Penner by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Josh F. Sigal, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, September 18, 2014 at 9:30 a.m. to Thursday, November 6, 2014 at 9:30 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

　　　The continuance is requested to allow the defense time to review the discovery with the client, begin the process of interviewing witnesses both to the offense and also for the purpose of mitigation.  Counsel for Mr. Penner was recently appointed and has only been in the case for a few weeks.  Further, the defense has requested the authorization of a mitigation expert to assist the defense with family interviews and record collection.  Additionally, the defense needs time to discuss the appropriate defense strategy with the defendant, and discuss settlement options.

It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: September 15, 2014                    The CHASTAINE LAW OFFICE

                                                By: _____/s/ Michael Chastaine_____
                                                     MICHAEL CHASTAINE
                                                     Attorney for Nathan Penner

Dated: September 15, 2014                    BENJAMIN B. WAGNER
                                                    United States Attorney

                                               By: ____/s/ Josh Sigal_____
                                                     JOSH SIGAL
                                                     Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, September 18, 2014 at 9:30 a.m. be continued to Thursday, November 6, 2014 at 9:30 a.m. and that the period from September 18, 2014 to November 6, 2014 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: September 16, 2014

_____
Troy L. Nunley
United States District Judge