MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Nathan Penner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATHAN PENNER,<br><br>　　　　　Defendants. | Case No.: 2:14 CR 216 TLN<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

　　　　Defendant Nathan Penner by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Josh F. Sigal, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, November 6, 2014 at 9:30 a.m. to Thursday, December 18, 2014 at 9:30 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

　　　　The defense has been in the process of gathering records.  The defense has filed for the release of Mr. Penner's juvenile records regarding a matter that may have some bearing on the final disposition of the current case.  That petition is currently pending before the Sutter County Superior Court.  The defense has obtained a large volume of records regarding Mr. Penner's mental health and psychological status and is in the process of reviewing and summarizing the same.  Ultimately, it is the intent of the defense to provide the Government with applicable records and materials in the hopes to be able to reach a resolution. The continuance is requested to allow the defense time to review the above mentioned records and well as the discovery

provided by the Government and continue the process of interviewing witnesses both to the offense and also for the purpose of mitigation.  Additionally, the defense has requested the authorization of a mitigation expert to assist the defense with family interviews and record collection.

It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: November 3, 2014          The CHASTAINE LAW OFFICE

By: _____/s/ Michael Chastaine
      MICHAEL CHASTAINE
      Attorney for Nathan Penner

Dated: November 3 2014           BENJAMIN B. WAGNER
                                 United States Attorney

By: ____/s/ Josh Sigal
      JOSH SIGAL
      Assistant U.S. Attorney

//

//

//

//

//

//

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, November 6, 2014 at 9:30 a.m. be continued to Thursday, December 18, 2014 at 9:30 a.m. and that the period from November 6, 2014 to December 18, 2014 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  November 4, 2014

_____
Troy L. Nunley
United States District Judge