BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>             v.<br><br>NATHAN PENNER,<br><br>                          Defendant. | CASE NO. 2:14-CR-216 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

1. By previous order, this matter was set for status on December 18, 2014.

2. By this stipulation, defendant Nathan Penner, by and through his undersigned counsel, now moves to continue the status conference until March 5, 2015 at 9:30 a.m., and to exclude time between December 18, 2014 and March 5, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than one hundred pages of documents in addition to computer evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

       b)       Defense counsel is in the process of obtaining medical records of the defendant, and will need additional time to review these documents and to consult with his client regarding implications for trial.

       c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)       The United States does not object to the continuance.

       e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 18, 2014 to March 5, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

///

///

///

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

IT IS SO STIPULATED.

Dated: December 17, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Josh F. Sigal*
JOSH F. SIGAL
Special Assistant United States Attorney

Dated: December 17, 2014

*/s/ Josh F. Sigal for*
MICHAEL CHASTAINE
Counsel for Defendant
Nathan Penner

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of December, 2014.

_____
Troy L. Nunley
United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

3