BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN PENNER,<br><br>Defendant. | CASE NO. 2:14-CR-216 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 5, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 5, 2015.

2. By this stipulation, defendant now moves to continue the status conference until March 26, 2015, and to exclude time between March 5, 2015, and March 26, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes more than 150 pages of documents, including investigative reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to consult with his client, conduct investigation and research, review discovery, and to discuss potential resolutions with his client.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 5, 2015 to March 26, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 2, 2015                                  BENJAMIN B. WAGNER
                                                                  United States Attorney

                                                                  /s/ *JOSH F. SIGAL*
                                                                  JOSH F. SIGAL
                                                                  Assistant United States Attorney

Dated: March 2, 2015                                  /s/ *JOSH F. SIGAL* for
                                                                  MICHAEL CHASTAINE
                                                                  Counsel for Defendant
                                                                  NATHAN PENNER

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of March, 2015.

_____
Troy L. Nunley
United States District Judge