1   BENJAMIN B. WAGNER
United States Attorney
2   JOSH F. SIGAL
Special Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814
4   Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            CASE NO.  2:14-CR-216 TLN

12                        Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                   v.                    FINDINGS AND ORDER

14   NATHAN PENNER,                        DATE: March 26, 2015
                                           TIME: 9:30 a.m.
15                        Defendant.       COURT: Hon. Troy L. Nunley

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19   through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on March 26, 2015.

21        2.      By this stipulation, defendant now moves to continue the status conference until April 23,

22   2015, and to exclude time between March 26, 2015, and April 23, 2015, under Local Code T4.

23        3.      The parties agree and stipulate, and request that the Court find the following:

24        a)      The government has represented that the discovery associated with this case

25   includes approximately 155 pages of documents, including investigative reports. All of this

26   discovery has been either produced directly to counsel and/or made available for inspection and

27   copying.

28        b)      Counsel for defendant desires additional time to consult with his client, conduct

investigation and research, review discovery, and to discuss potential resolutions with his client. Additionally, a psychological examination of the defendant has been conducted but the report of this exam has not yet been received and reviewed by counsel for defendant.

c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)  The government does not object to the continuance.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 26, 2015 to April 23, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6

7  Dated:  March 23, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney

8

9                                            /s/ *JOSH F. SIGAL*
                                             JOSH F. SIGAL
10                                           Assistant United States Attorney

11

12  Dated:  March 23, 2015                   /s/ *JOSH F. SIGAL* for
                                             MICHAEL CHASTAINE
13                                           Counsel for Defendant
                                             NATHAN PENNER

14

15

16

17                          **FINDINGS AND ORDER**

18        IT IS SO FOUND AND ORDERED this 23rd day of March, 2015.

19

20

21

22                                           _____

23                                           Troy L. Nunley
                                             United States District Judge

24

25

26

27

28