1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO.  2:14-CR-216 TLN
12 |                          Plaintiff,   | STIPULATION REGARDING EXCLUDABLE
   |                                      | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |                   v.                  | FINDINGS AND ORDER
14 | NATHAN PENNER,                       | DATE: April 23, 2015
   |                                      | TIME: 9:30 a.m.
15 |                          Defendant.   | COURT: Hon. Troy L. Nunley

16

17                            **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.        By previous order, this matter was set for status on April 23, 2015.

21        2.        By this stipulation, defendant now moves to continue the status conference until June 4,

22 2015, at 9:30 a.m., and to exclude time between April 23, 2015, and June 4, 2015, under Local Code T4.

23        3.        The parties agree and stipulate, and request that the Court find the following:

24             a)        The government has represented that the discovery associated with this case

25 includes approximately 155 pages of documents, including investigative reports. All of this

26 discovery has been either produced directly to counsel and/or made available for inspection and

27 copying.

28             b)        Counsel for defendant desires additional time to consult with his client, conduct

investigation and research, review discovery, and to discuss potential resolutions with his client. Additionally, a psychological examination of the defendant has been conducted but the report of this exam has not yet been received and reviewed by counsel for defendant.  Counsel for defendant has spoken to the psychological examiner, who has requested a second examination of the defendant.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 23, 2015 to June 4, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1          4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4          IT IS SO STIPULATED.

5

6

7   Dated:  April 21, 2015                                   BENJAMIN B. WAGNER
                                                             United States Attorney

8

9                                                           /s/ JOSH F. SIGAL
                                                            JOSH F. SIGAL
10                                                          Assistant United States Attorney

11

12  Dated:  April 21, 2015                                   /s/ JOSH F. SIGAL for
                                                             MICHAEL CHASTAINE
13                                                           Counsel for Defendant
                                                             NATHAN PENNER

14

15

16

17                                **FINDINGS AND ORDER**

18          IT IS SO FOUND AND ORDERED this 21st day of April, 2015.

19

20

21

22                                                          Troy L. Nunley
                                                            United States District Judge

23

24

25

26

27

28