MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Nathan Penner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATHAN PENNER,<br><br>　　　　　Defendants. | Case No.: 2:14-CR-216-TLN<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

　　　　Defendant Nathan Penner by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Josh F. Sigal, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, June 4, 2015 at 9:30 a.m. to Thursday, July 30, 2015 at 9:30 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

　　　　Mr. Penner has recently been arraigned on a superseding indictment charging more serious offenses.  The new allegations have necessitated new and additional investigation and the release of new discovery.  The Government has recently provided 1 CD and 14 DVD's containing many hours of interviews.  These need to be reviewed and discussed with Mr. Penner. In order to provide necessary legal services and representation, the defense needs additional time to review and understand the significance of these new materials.

　　　　Counsel for Mr. Penner will be in trial from June 22, 2015 till the middle of July.

　　　　The Government has no objections to this request.

1

It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 28, 2015                    The CHASTAINE LAW OFFICE

                                        By:   /s/ Michael Chastaine
                                               MICHAEL CHASTAINE
                                               Attorney for Nathan Penner

Dated: May 28, 2015                    BENJAMIN B. WAGNER
                                      United States Attorney

                                        By:   /s/ Josh Sigal
                                               JOSH SIGAL
                                               Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, June 4, 2015 at 9:30 a.m. be continued to Thursday, July 30, 2015 at 9:30 a.m. and that the period from June 4, 2015 to July 30, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 29, 2015

                                               Troy L. Nunley
                                             United States District Judge