BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-216 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| NATHAN PENNER, | DATE: July 30, 2015 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on July 30, 2015.

2.  By this stipulation, defendant now moves to continue the status conference until September 3, 2015, at 9:30 a.m., and to exclude time between July 30, 2015, and September 3, 2015, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes approximately 362 pages of documents, including investigative and forensic reports, and video files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                               1

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

      b)      Counsel for defendant desires additional time to consult with his client, conduct investigation and research, review discovery, and to discuss potential resolutions with his client. Additionally, a psychological examination of the defendant has been conducted but the report of this exam has not yet been received and reviewed by counsel for defendant. Counsel for defendant has spoken to the psychological examiner, who has requested a second examination of the defendant.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 30, 2015 to September 3, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 28, 2015                              BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   /s/ *JOSH F. SIGAL*
                                                   JOSH F. SIGAL
                                                   Assistant United States Attorney

Dated:  July 28, 2015                              /s/ *JOSH F. SIGAL* for
                                                   MICHAEL CHASTAINE
                                                   Counsel for Defendant
                                                   NATHAN PENNER

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 28th day of July, 2015.

                                                   Troy L. Nunley
                                                   United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3