BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>             v.<br><br>NATHAN PENNER,<br><br>                     Defendant. | CASE NO.  2:14-CR-216 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 3, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 3, 2015.

2.      By this stipulation, defendant now moves to continue the status conference until October 29, 2015, and to exclude time between September 3, 2015, and October 29, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 362 pages of documents, including investigative and forensic reports, and video files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with his client, conduct

1   investigation and research, review discovery, and to discuss potential resolutions with his client.

2   Additionally, a psychological examination of the defendant has been conducted but the report of

3   this exam has not yet been received and reviewed by counsel for defendant.  Counsel for

4   defendant has spoken to the psychological examiner, who has requested a second examination of

5   the defendant.

6          c)     Counsel for defendant believes that failure to grant the above-requested

7   continuance would deny him the reasonable time necessary for effective preparation, taking into

8   account the exercise of due diligence.

9          d)     The government does not object to the continuance.

10         e)     Based on the above-stated findings, the ends of justice served by continuing the

11  case as requested outweigh the interest of the public and the defendant in a trial within the

12  original date prescribed by the Speedy Trial Act.

13         f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14  et seq., within which trial must commence, the time period of September 3, 2015 to October 29,

15  2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

16  T4] because it results from a continuance granted by the Court at defendant's request on the basis

17  of the Court's finding that the ends of justice served by taking such action outweigh the best

18  interest of the public and the defendant in a speedy trial.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6

7  Dated:  September 1, 2015                    BENJAMIN B. WAGNER
                                               United States Attorney
8

9                                              /s/ *JOSH F. SIGAL*
                                               JOSH F. SIGAL
10                                             Assistant United States Attorney

11

12  Dated:  September 1, 2015                  /s/ *JOSH F. SIGAL* for
                                               MICHAEL CHASTAINE
13                                             Counsel for Defendant
                                               NATHAN PENNER

14

15

16

17                       **FINDINGS AND ORDER**

18        IT IS SO FOUND AND ORDERED this 1st day of September, 2015.

19

20

21

22                                             THE HONORABLE TROY L. NUNLEY
                                               UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME          3
PERIODS UNDER SPEEDY TRIAL ACT