1   BENJAMIN B. WAGNER
    United States Attorney
2   JOSH F. SIGAL
    Special Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8                      IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  2:14-CR-216 TLN

12                          Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                              TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                  v.                        FINDINGS AND ORDER

14  NATHAN PENNER,                            DATE: October 29, 2015
                                              TIME: 9:30 a.m.
15                          Defendant.        COURT: Hon. Troy L. Nunley

16

17                                **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20       1.       By previous order, this matter was set for status on October 29, 2015.

21       2.       By this stipulation, defendant now moves to continue the status conference until

22  November 5, 2015, at 9:30 a.m., and to exclude time between October 29, 2015, and November 5, 2015,

23  under Local Code T4.

24       3.       The parties agree and stipulate, and request that the Court find the following:

25               a)       The government has represented that the discovery associated with this case

26  includes approximately 362 pages of documents, including investigative and forensic reports,

27  and video files. All of this discovery has been either produced directly to counsel and/or made

28  available for inspection and copying.

b)      The government has provided a plea agreement to the defendant.  Counsel for defendant desires additional time to consult with his client, conduct investigation and research, review the factual basis of the proposed plea agreement and compare it to the discovery, and to discuss potential resolutions with his client.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 29, 2015 to November 5, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

1        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4        IT IS SO STIPULATED.

5

6

7   Dated:  October 26, 2015                    BENJAMIN B. WAGNER
                                                United States Attorney

8

9                                              /s/ *JOSH F. SIGAL*
                                               JOSH F. SIGAL
10                                             Assistant United States Attorney

11

12  Dated:  October 26, 2015                    /s/ *JOSH F. SIGAL* for
                                               MICHAEL CHASTAINE
13                                             Counsel for Defendant
                                               NATHAN PENNER

14

15

16

17                          **FINDINGS AND ORDER**

18        IT IS SO FOUND AND ORDERED this 27th day of October, 2015.

19

20

21

22

23                                             Troy L. Nunley
                                               United States District Judge

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME           3
PERIODS UNDER SPEEDY TRIAL ACT