PHILLIP A. TALBERT
Acting United States Attorney
JOSH F. SIGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHAN PENNER,<br><br>    Defendant. | 2:14-CR-00216-TLN<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on or about December 11, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Nathan Penner forfeiting to the United States the following property:

  a. One eMachine desktop computer, serial number GCJ85 900 04081;
  b. One Huawei cell phone, Model U8150, IMEI 352607044995591; and
  c. One SanDisk Cruzer Micro 2 gigabyte USB thumb drive.

AND WHEREAS, beginning on December 18, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

1

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Nathan Penner.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 12th day of May, 2016.

_____
Troy L. Nunley
United States District Judge